# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2012

145164 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BRUCE MIHALOVITS,
   Plaintiff-Appellant,
   Cross-Appellee,

v

               SC: 145164
               COA: 304186
SDW HOLDINGS CORPORATION and   WCAC: 10-000018
NEW HAMPSHIRE INSURANCE COMPANY,
   Defendants-Appellees,
   Cross-Appellants.

_____/

   On order of the Court, the application for leave to appeal the April 20, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellants is therefore moot and is DENIED.

   MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2012 _____

t1031

_____
Clerk